# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| TODD M. JOHNSON | CIVIL ACTION NO. 05-0356 |
| VERSUS | JUDGE ROBERT G. JAMES |
| LSU HEALTH SCIENCES, ET AL. | MAG. JUDGE JAMES D. KIRK |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendants' Motion for Summary Judgment [Doc. No. 27] is GRANTED, and Plaintiff's claims are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 7th day of June, 2006.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE